(74 South. 1007)

SOUTHERN RY. CO. v. FAULK BROS. (2 Div. 149.) (Court of Appeals of Alabama. Feb. 8, 1917.) Appeal from City Court of

Selma; J. B. Evans, Judge. Pettus, Fuller & Lapsley, of Selma, for appellant. S. F. Hobbs and Craig & Craig, all of Selma, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.